


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEITH WOODWORTH

               CIVIL ACTION

 vs.

NCO FINANCIAL SYSTEMS, INC.,   NO. 12-2507

O R D E R

  **AND NOW, TO WIT:** This 4TH day of DECEMBER, 2012 it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

  **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

ENTERED
DEC 0 5 2012
CLERK OF COURT

**MICHAEL E. KUNZ**, Clerk of Court

BY: _____
Sharon Carter
Deputy Clerk

Civ 2 (7/83)
41.1(b)



# KIMMEL & SILVERMAN
### P.C.

ROBERT M. SILVERMAN
CRAIG THOR KIMMEL

Member, PA Bar
* Member, NJ Bar
¹ Member, DE Bar
Member, NY Bar
* Member, VA Bar
⁴ Member, MD Bar
* Member, OH Bar
⁵ Member, WI Bar
^ Member, NH Bar
" Member, CT Bar
* Member, TN Bar
° Member, KY Bar
" Member, DC Bar
¹ Member, CA Bar

JACQUELINE C. HERRITT
ROBERT A. RAPKIN
AMY L. BENNECOFF
TARA L. PATTERSON
ANGELA K. TROCCOLI
CHRISTINA GILL ROSEMAN
FRED DAVIS
RICHARD A. SCHOLER
W. CHRISTOPHER COMPONOVO
TIMOTHY J. ABEEL, JR.

www.CREDITLAW.com
(800)-NOT-FAIR

CORPORATE HEADQUARTERS
30 E. Butler Pike, Ambler, PA 19002
Toll Free (800)-668-3247
Fax (877) 788-2864

DELAWARE, 501 Silverside Road, Suite 118, Wilmington, DE 19809, (302) 791-9373
NEW ENGLAND, 60 Hartford Pike, P.O. Box 325, Dayville, CT 06241, (860) 866-4380
NEW JERSEY, Executive Quarters, 1930 E. Marlton Pike, Suite Q29, Cherry Hill, NJ 08003, (856) 429-8334
NEW YORK, 10 1 Avenue of the Americas, 12th Floor, New York, NY 10018, (212) 719-7543
W. NEW YORK, 1207 Delaware Avenue, Suite 440, Buffalo, NY 14209, (716) 332-6112
W. PENNSYLVANIA, 210 Grant Street, Suite 202, Pittsburgh, PA 15219, (412) 566-1001

Please reply to CORPORATE HEADQUARTERS

December 4, 2012

*via Facsimile (215) 580-2312 & Regular Mail*

Honorable J. Curis Joyner, Chief Judge
United States District Court
For the Eastern District of Pennsylvania
17614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

    Re:    Keith Woodworth v. NCO Financial Systems, Inc.
            Docket No. 2:12-cv-02507-JCJ

Dear Judge Joyner:

    I am writing to advise that the parties have reached a settlement in the above-captioned matter. If I may be of any assistance to the Court, please feel free to contact me.

                      Respectfully submitted,

                      /s/ *Craig Thor Kimmel*

                      CRAIG THOR KIMMEL

cc:    Ross S. Enders, Esquire, Counsel for Defendant (*via* Email only)

Ellen
Sharon

*"When Debt Collectors called you, they never expected you to call us"*
Copyright 2010-2011 All Rights Reserved, Kimmel & Silverman, P.C.